IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LEADERS OF TOMORROW YOUTH CENTER, INC.**<br><br>*Plaintiff*,<br><br>v.<br><br>**DERMELL BRUNSON**<br><br>and<br><br>**DANA CARR**<br><br>*Defendants*. | Civil Action. No. 1:22-cv-01209-JRR |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S ACTION

Plaintiff, The Leaders of Tomorrow Youth Center, Inc. ("LTYC"), pursuant to FRCP 41(a)(1)(A)(i), files this Notice of Voluntary Dismissal of Plaintiff's Action to dismiss, without prejudice, Plaintiff's Complaint (ECF 1).

    Respectfully submitted,

*/s/ Francis R. Laws*
Francis R. Laws, Esq. (Bar No. 02596)
flaws@tandllaw.com
Jennifer Ciarrocchi (Bar No. 20101)
jciarrocchi@tandllaw.com
THOMAS & LIBOWITZ, P.A.
25 S. Charles Street
Suite 2015
Baltimore, Maryland 21201
Tel:   410-752-2468
Fax:   410-752-0979

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on this 23rd day of June 2022, a copy of the foregoing Notice was filed electronically. Notice of the filing will be sent to all parties who have appeared by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      */s/ Jennifer Ciarrocchi*
                                                      Jennifer Ciarrocchi